HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JONATHAN LAWRENCE DENNINGTON,

    Plaintiff,

  v.

DANIEL T. SATTERBERG, et al.,

    Defendants.

Case No. C18-1348-RAJ

ORDER

The Court has reviewed Plaintiff's Complaint (Dkt. # 4), Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Dkt. # 5), the Report and Recommendation of Brian A. Tsuchida, United States Magistrate Judge (Dkt. # 6), Plaintiff's objections to the Report and Recommendation and Plaintiff's Motion for Reconsideration (Dkt. # 8), and the remaining record.

The Court concurs fully in the recommendations of the Report and Recommendation. As explained by Judge Tsuchida, a federal court "will not intervene in a pending criminal proceeding absent extraordinary circumstances where the danger of irreparable harm is both great and immediate." Dkt. # 6 at 2-3 (citing *Younger v. Harris*, 401 U.S. 37, 45-46 (1971)). Plaintiff has made no such showing. Plaintiff's objections also vaguely assert that *Younger* does not apply because it involves constitutional issues separate from Plaintiff's criminal proceedings. Dkt. # 8. However, Plaintiff's vague objections fail to address Judge Tsuchida's well-reasoned determinations that Plaintiff's

ORDER – 1

criminal proceedings are (1) ongoing, (2) implicate important state interests, and (3) allow Plaintiff opportunities to raise his constitutional issues. Dkt. # 6 at 3. In these circumstances, *Younger* abstention applies.

Plaintiff has also styled his objections as a "Motion for Reconsideration," ostensibly requesting this Court "reconsider" Judge Tsuchida's R&R. Dkt. # 8. Motions for reconsideration are disfavored and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the court's] attention earlier with reasonable diligence." Local R. W.D. Wash. 7(h)(1). Plaintiff's Motion contains no new evidence or legal authority, and ignores the basic reality: this is a request for a federal court to interfere with pending state criminal proceedings based solely on vague constitutional references. Dkt. # 8. *Younger* disapproves of such an intervention.

Accordingly, the Court adopts the Report and Recommendation (Dkt. # 6), **DENIES** Plaintiff's Motion for Preliminary Injunction and Temporary Restraining Order (Dkt. # 5), **DENIES** Plaintiff's Motion for Reconsideration (Dkt. # 8), and **DISMISSES** this case without prejudice.

DATED this 25th day of October, 2018.

The Honorable Richard A. Jones
United States District Judge

ORDER – 2